# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MITEK INC., )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>MIKE MCINTOSH, )<br>)<br>Defendant(s). ) | Case No. 23-cv-00960 |

## NOTICE REQUESTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

Comes now plaintiff MITEK INC., by and through its undersigned counsel, and hereby requests a hearing on its Motion for Temporary Restraining Order on Thursday, August 3, 2023 at 9 a.m. or as soon thereafter as may be heard. Defendant MIKE MCINTOSH,

☐ was notified ☐ was not notified and ☐ will appear ☐ will not appear.

Plaintiff plans to serve Defendant McIntosh via process server and certified mail and does not know whether Defendant will appear.

/s/ Joseph M. Wientge, Jr.
Signature (Counsel for Plaintiff/Defendant)
Print Name: Joseph M. Wientge, Jr.
Address: 600 Washington Avenue, Suite 900
City/State/Zip: St. Louis, MO 63101
Phone: 314-659-2000

Certificate of Service

I hereby certify that a true copy of the foregoing Notice Requesting Hearing on Motion for Temporary Restraining Order was served (by mail, by hand delivery, or by electronic notice) on all parties on: August 1, 2023.

/s/ Joseph M. Wientge, Jr.
Signature